# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| VIVIAN DUDLEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 10-00103-CB-C |
| CITY OF MONROEVILLE, | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

Pursuant to separate order entered this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff, Vivian Dudley, against the Defendant, the City of Monroeville, be and hereby are **DISMISSED** with prejudice.

**DONE** this the 14th day of March, 2011.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**